UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEROY WILLIAMS,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>vs.<br><br>**INJURY HELP NETWORK;** Does 1-100 inclusive**,**<br><br>Defendant. | 1:16-cv-00924-DAD-BAM<br><br>[PROPOSED] ORDER |

Pursuant to the Request (Doc. 5) and good cause appearing,

IT IS ORDERED, that the Scheduling Conference, currently scheduled for October 05, 2016 at 8:30 a.m. be continued an additional 30 days to November 03, 2016 at 9:30am. in courtroom 8 before Judge McAuliffe.  Plaintiff is responsible for serving a copy of this order on defendant.

IT IS SO ORDERED.

Dated**:**   September 30, 2016             /s/ Barbara A. McAuliffe       
                                              UNITED STATES MAGISTRATE JUDGE