UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERORY WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INJURY HELP NETWORK, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | No. 1:16-cv-00924-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 12) |

On December 1, 2016, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 12.)  Defendant has not filed a responsive pleading in this action.  Although this case was filed as a class action, no class has been certified, and court approval of its dismissal is therefore not required under Federal Rule of Civil Procedure 23(e).  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **December 2, 2016**

UNITED STATES DISTRICT JUDGE

1